IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Harvey, Carcena            )        09 B 46860
                                  )
                                  )        Judge Pamela S. Hollis
                                  )

## ORDER TO PAY FUNDS TO THE TRUSTEE

To:    Evergreen Healthcare Center LI, holder of income due the Debtor
       Attn Payroll Manager
       10124 S Kedzie Ave
       Evergreen Park IL 60805 3737

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings and income to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, Evergreen Healthcare Center LI, holder/controller of income for Carcena Harvey, deduct from any income going to the debtor, the sum of $565.00 each month following receipt of this order and to submit the sum so deducted to "Marilyn O. Marshall," at least once a month at the following address:

       Marilyn O. Marshall
       Chapter 13 Trustee
       P.O. Box 2031
       Memphis TN  38101-2031

IT IS FURTHER ORDERED: that the above named shall stop, or change the amount of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the above named shall notify the Trustee if the employment or services of the debtor is terminated and the reason for such termination.

                                          /s/ Pamela S. Hollis
                                          Pamela S. Hollis
                                          US Bankruptcy Judge

                                          DEC 17 2009
                                          Dated

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 S Michigan, Ste 800
Chicago, IL 60604